# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RELIABLE COMMUNICATIONS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 03-6098-CV-W-GAF ) |
| NII HOLDINGS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Presently before the Court is Plaintiff Reliable Communications, Inc. ("Reliable")'s Motion for Entry of Default Judgement for a Sum Certain (Doc. 75) submitted against Defendant YAM Wireless, Inc. ("YAM") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On March 21, 2005, this Court ordered (Doc. 72) that default judgment be entered against defendant YAM Wireless Inc, its executors, successors and assigns.

Reliable has now submitted this motion and affidavit so that the amount of damages arising from its claims against YAM could be properly determined. Defendant YAM has opposed neither the motion for the entry of default nor the present motion. Based upon the motion and the affidavit submitted by Reliable, it is hereby ORDERED that the sum of $114,192.00, together with costs, be entered against YAM and in favor of Reliable.

**IT IS SO ORDERED.**

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE

United States District Court

DATED: May 25, 2005